IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| Ron Santa McCray, | ) | C.A. No. 1:10-cv-1615-TLW-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Berkeley County Detention Center; Hill Finklea Detention Center; Capt. Macovough or McElvogue, | ) | |
| Defendants. | ) | |

The *pro se* plaintiff filed this action pursuant to Title 42, United States Code, Section 1983 in June, 2010. (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 14). In her Report, Magistrate Judge Hodges recommends that the defendants "Berkeley County Detention Center" and "Hill Finklea Detention Center" be dismissed from this action without prejudice and without issuance and service of process. The Report was filed on August 26, 2010. No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the

recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 14), and the defendants "Berkeley County Detention Center" and "Hill Finklea Detention Center" are **DISMISSED** from this action without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

    s/ Terry L. Wooten
    TERRY L. WOOTEN
    UNITED STATES DISTRICT JUDGE

October 21, 2010
Florence, South Carolina